AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Lucrecio ELENA-PAREDES | ) 25-350 ( M ) |
| Lucrecio Elena PAREDES | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 6, 2025__ in the county of ____-____ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 8 U.S.C. § 1326(a) & (b)(2) | (1) Reentry of Removed Alien After an Aggravated Felony Conviciton. |

This criminal complaint is based on these facts:
See Attached Affidivit.

Reviewed by:
Assistant United States Attorney Daynelle Alvarez Lora

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

*Complainant's signature*

Mariano Garay-Ortiz, Enforcement Officer, CBP
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at 12:06pm by telephone, this __7th__ day of April 2025, in San Juan, Puerto Rico.

Date: 04/07/2025

*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Hector Ramos Vega United States Magistrate Judge
*Printed name and title*